# United States Bankruptcy Court
# Central District of California
### Riverside
### Judge Meredith Jury, Presiding
### Courtroom 301 Calendar

**Monday, April 20, 2015**　　　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room　301**

<u>1:31 PM</u>
**6:15-12101**　　Melissa Patricia Federigan　　　　　　　　　　　　　　　　　　　　**Chapter 13**

#61.00　　Confirmation of Chapter 13 Plan
　　　　　Obj fld. 4-13-15 - Buckley Madole

　　　　　　　　　　　　　Docket　　　0

**Matter Notes:**

　PRESENT:

　　_____ DeL _____, for Rod Danielson, Trustee

　　_____ Jenkins _____, for Debtor

　　_____ Norwood _____, for Toyota

( ) Confirmed per trustee's recommendation - Plan provisions: % to pay ____

　　　　　　　　　　　　　　　　　　　　　Duration: ____

　　　　　　　　　　　　　　　　　　　　　Payment $ ____

( ) Objection to plan: ( ) Withdrawn  ( ) Sustained  ( ) Overruled

( ) Case Dismissed:

　　( ) without prejudice　( ) Under 109(g)

[ ] CLERK'S BNC ORDER DISMISSING ON _____
[ ] New case may be filed before dismissal is entered.

( ) Conversion to chapter 7 in 10 days or dismiss

(X) Continued to May 4 at 9 & 1:30 pm

( ) Off calendar

( ) Other

　　　　　　　　AP $150 to Toyota

**Judge:**
　EH____

**Tentative Ruling:**